No. 483. CLIFFORD F. MACEVOY CO. ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF CALVIN TOMKINS CO. December 13, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Elmer O. Goodwin* and *Edward F. Clark* for petitioners. *Mr. Benjamin P. DeWitt* for respondent. ▮

No. 266. HARRISON, COLLECTOR OF INTERNAL REVENUE, *v.* DURKEE FAMOUS FOODS, INC. See *ante*, p. 718.

No. 463. ARENAS *v.* UNITED STATES. December 20, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John W. Preston* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States. ▮

No. 492. EQUITABLE LIFE ASSURANCE SOCIETY *v.* COMMISSIONER OF INTERNAL REVENUE. December 20, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the second question presented by the petition. *Mr. John L. Grant* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. L. W. Post* and *Alvin J. Rockwell* for respondent. ▮

No. 472. UNITED STATES *v.* BALLARD ET AL. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for the United States. *Mr. Roland Rich Woolley* for respondents. ▮